Larry Francis WILLIAMS,
Plaintiff–Appellant,

v.

BOARD OF EDUCATION OF WICOMICO COUNTY; John Fredericksen, Ph. D., (Individually and in his Official Capacity) Superintendent of Schools; Stephanie Moses, (Individually & in her Official Capacity) Director of Human Resources; Thomas Field, (Individually & in his Official Capacity) Former Interim Superintendent; Unknown Defendants, Individually & in their Official Capacities; William Cain, Individually & in his Official Capacity, Assistant Superintendent, Defendants–Appellees.

No. 12–2270.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2013.

Decided: Feb. 27, 2013.

Larry Francis Williams, Appellant Pro Se. Andrew G. Scott, Leslie Robert Stellman, Pessin Katz Law, P.A., Towson, Maryland; Cullen B. Casey, Gregory Lee VanGeison, Anderson, Coe & King, Baltimore, Maryland, for Appellees.

Before GREGORY, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Francis Williams appeals the district court's order awarding the Defendants summary judgment on his equal protection claim, in violation of 42 U.S.C. § 1983 (2006), race discrimination claim, in violation of 42 U.S.C. § 1981 (2006), and defamation claim. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Williams v. Bd. of Educ. of Wicomico Cnty.*, No. 1:10–cv–03582–WMN, 2012 WL 4517745 (D.Md. Oct. 1, 2012). We deny Williams' motion for appointment of counsel. We dispense with oral argument be-

fore waived appellate review of this claim. *See Ngarurih v. Ashcroft*, 371 F.3d 182, 189 n. 7 (4th Cir.2004).

cause the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*